**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7018**

_____

TIMOTHY F. GREEN, a/k/a Iyatullah Alnafi Ali,

                                        Petitioner - Appellant,

        versus

CHARLES J. CEPAK, Warden; STATE OF SOUTH CARO-
LINA; ATTORNEY GENERAL OF THE STATE OF SOUTH
CAROLINA,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-95-2980-18BD)

_____

Submitted:  December 17, 1996      Decided:  January 13, 1997

_____

Before MURNAGHAN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Timothy F. Green, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Green v. Cepack, No. CA-95-2980-18BD (D.S.C. June 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2